**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     *In re Estate of Frank H. Galik, Deceased*

Appellate case number:   01-12-00087-CV

Trial court case number:  36727

Trial court:                    82nd District Court, Falls County, Texas

On August 15, 2013, appellee, Clifton Galik, filed "Appellee's Agreed Motion to Expedite the Mandate," noting that appellants, Hazel Galik Dutka and Gerald Galik, did not intend to file a petition for review of our July 16, 2013 opinion and requesting that we issue our mandate immediately.

We GRANT appellee's motion to expedite issuance of the mandate and direct the clerk of this Court to issue the mandate for the above-captioned case immediately. *See* TEX. R. APP. P. 18.1(c) ("The mandate may be issued earlier if the parties so agree . . . .").

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                    ☒ Acting Individually     ☐ Acting for the Court

Date:  August 16, 2013